DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHOTON-X LLC,** a Florida limited liability company, **PHOTON-X, INC.,** an Alabama corporation, and **VYZAI, INC.,** a Florida corporation, Appellants,

v.

**LIGHT DATA LABS, LLC,** a Texas limited liability company, and **CHIMAYO CONSULTING, LLC,** a Nevada limited liability company, Appellees.

No. 4D2025-0316

[January 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-20-016878.

C. Cory Mauro of Mauro Law P.A., Boca Raton, for appellants.

Ira Marcus and Sloan Carr of Ira Marcus, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***